UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKSON,<br><br>          Plaintiffs,<br><br>     v.<br><br>BUILDER ADVISOR GROUP LLC,<br><br>          Defendant. | Case No. 22-mc-80094-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND ISSUING ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 13 |

The Court has reviewed Magistrate Judge Thomas S. Hixson's report and recommendation, ECF No. 13, to order Defendant Builder Advisor Group LLC to show cause why it should not be held in contempt. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Defendant Builder Advisor Group is ordered to show cause by August 19, 2022 why it should not be held in contempt for its failure to comply with the Rule 45 subpoena and Judge Hixson's April 28, 2022 order.

**IT IS SO ORDERED.**

Dated: August 4, 2022

_____
JON S. TIGAR
United States District Judge